IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-14200-AA

_____

KEITH DAVIDSON,
on behalf of plaintiff and a class,

                                                                Plaintiff - Appellant,

versus

CAPITAL ONE BANK (USA), N.A.,

                                                                Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ON PETITION(S) FOR REHEARING AND PETITION(S) FOR REHEARING EN BANC

BEFORE: WILSON and MARTIN, Circuit Judges, and HODGES,* District Judge.

PER CURIAM:

The Petition(s) for Rehearing are DENIED and no Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc (Rule 35, Federal Rules of Appellate Procedure), the Petition(s) for Rehearing En Banc are DENIED.

ENTERED FOR THE COURT:

_____
UNITED STATES CIRCUIT JUDGE

* Honorable Wm. Terrell Hodges, United States District Judge for the Middle District of Florida, sitting by designation.

ORD-42