UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 14-14200
_____

District Court Docket No.
1:13-cv-02307-WSD

KEITH DAVIDSON,
on behalf of plaintiff and a class,

                                               Plaintiff - Appellant,

versus

CAPITAL ONE BANK (USA), N.A.,

                                               Defendant - Appellee.

_____

Appeal from the United States District Court for the
Northern District of Georgia
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 21, 2015
For the Court: Douglas J. Mincher, Clerk of Court
By: Jeff R. Patch

**ISSUED AS MANDATE 10/30/2015**